UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV -6 AM 9:31

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ricardo FLORES** Defendant. | Magistrate Case No. 07 MJ 2597 **COMPLAINT FOR VIOLATION OF** Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **November 4, 2007**, within the Southern District of California, defendant **Ricardo FLORES**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **Otay Mesa Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6TH** DAY OF **NOVEMBER, 2007**.

UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

**Probable Cause Statement**

On November 4, 2007 at about 2221 hours, **Ricardo Flores (Defendant)** applied for admission into the United States from Mexico as a passenger in a 2007 Nissan Altima through the Otay Mesa Port of Entry. Defendant presented a counterfeit Permanent Resident Card and a counterfeit State of Arizona driver license to a United States Customs and Border Protection (CBP) Officer. The driver of the vehicle stated they were going to San Diego, California. The primary officer subsequently escorted the vehicle and its occupants to secondary for further inspection.

In secondary, it was determined that Defendant is a citizen of Mexico with no entitlements to enter or reside in the United States. Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a deported alien and citizen of Mexico. Defendant's identity was verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS linked Defendant to FBI and Immigration Service records.

Immigration Service records to include the Deportable Alien Control System (DACS) identify Defendant as a deported alien. DACS information indicates that on or about October 28, 1997 an Immigration Judge ordered Defendant deported and removed from the United States. DACS information further reveals that Defendant was last removed from the United States on or about November 1, 2006. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

On November 5, 2007 at about 0320 hours during a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. During a subsequent interview, Defendant admitted he is a citizen of Mexico by birth in Juarez, Chihuahua, Mexico. Defendant admitted to presenting a counterfeit entry document to the primary officer. Defendant admitted to acquiring the counterfeit documents in Tijuana, Mexico for $50.00 (USD) and $30.00 (USD). Defendant admitted he has been ordered removed and deported by an immigration judge. Defendant admitted he does not possess any type of document or other benefit that would permit his legal re-entry into the United States. Defendant stated he was going to Chula Vista, California to seek employment.