AO 455(Rev. 5/85) Waiver of Indictment

FILED
2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMH DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RICARDO FLORES

## WAIVER OF INDICTMENT

07CR3251-JAH

CASE NUMBER: 07mj02597-CAB

I, RICARDO FLORES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/4/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ricardo Flores
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER