KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO FLORES,<br>Defendant. | Criminal Case No. 07CR3251-JAH<br>The Honorable John A. Houston<br>**MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Joseph J.M. Orabona, and hereby moves this Court to dismiss, without prejudice, the Information filed against the above named defendant.

On December 4, 2007, Ricardo Flores ("Defendant") waived Indictment and agreed to allow the United States to file an Information against Defendant. The Information charges Defendant with one count of being a deported alien found in the United States, in violation of 8 U.S.C. § 1326 (a) and (b). On December 4, 2007, Defendant was arraigned on the Information and entered a plea of not guilty. On or about December 20, 2007, Defendant informed the United States of his intent not to plead guilty. On December 27, 2007, a federal grand jury in the Southern District of California returned a three-count Indictment charging Defendant with one count of being a deported alien found

in the United States, in violation of 8 U.S.C. § 1326 (a) and (b), one count of unlawful possession of identification documents, in violation of 18 U.S.C. § 1028(a), and one count of fraud and misuse of an entry document, in violation of 18 U.S.C. § 1546(a). On December 28, 2007, Defendant was arraigned on the Indictment and pled not guilty. The court set a motion hearing and trial setting for January 22, 2008.

The indicted case is criminal case no. 07CR3471-JAH. Since the United States will be proceeding in the indicted case, and in the interest of justice, the United States moves to dismiss, without prejudice, the Information, filed in criminal case no. 07CR3251-JAH, against defendant RICARDO FLORES.

The United States will proceed against the defendant RICARDO FLORES in criminal case no. 07CR3471-JAH.

DATE: January 18, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RICARDO FLORES,
Defendant.

Case No. 07CR3251-JAH

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**, as lead counsel for the United States, dated January 18, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Zandra Lopez, Esq.
   427 C Street, Suite 300
   San Diego, California 92101
   Tel: (619) 233-3169
   Fax: (619) 684-3522
   Email: zll@zandralopezlaw.com
   *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008.

/s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant United States Attorney