FILED

08 JAN 23 PM 4:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
RICARDO FLORES,
Defendant.

Criminal Case No. 07CR3251-JAH

ORDER

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing, namely that there is an Indictment pending in Criminal Case No. 07CR3471-JAH, IT IS HEREBY ORDERED that the above entitled Information charging the defendant with one count of being a deported alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b), a felony, filed December 4, 2007, before Magistrate Judge Cathy A. Bencivengo, be dismissed, without prejudice, as to defendant RICARDO FLORES.

DATED: 1-22-08.

HONORABLE JOHN A. HOUSTON
United States District Judge