# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Ricardo Flores )

CASE NUMBER 07CR3251-JAH

ABSTRACT OF ORDER

Booking No.__________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 1-24-08

the Court entered the following order:

✓ Defendant be released from custody. as to this case only

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $______ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. as to this Case only. Pending Case 07CR3471-JAH

RECEIVED
2008 JAN 24 A 4: 11
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

~~UNITED STATES MAGISTRATE JUDGE~~

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Received__________
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY